# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR LUKASZEWICZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-1185 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | Judge Arthur J. Schwab Magistrate Judge Cathy Bissoon |
| Defendant. | ) | |

## MEMORANDUM ORDER

On May 27, 2011, Magistrate Judge Cathy Bissoon issued a Report and Recommendation (Doc. No. 18) recommending that Defendant's Motion for Summary Judgment (Doc. No. 13) be denied, that Plaintiff's Motion for Summary Judgment (Doc. No. 10) be granted to the extent that it seeks a vacation of the Commissioner's decision, and that the case be remanded for further administrative proceedings consistent with the Report and Recommendation. Objections to the Report and Recommendation were due by June 13, 2011. Doc. No. 18. None have been filed.

After de novo review of the documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 14th day of June, 2011:

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 13) is **DENIED**, and that Plaintiff's Motion for Summary Judgment is **GRANTED** to the extent that it seeks a vacation of the Commissioner's decision. This case is **REMANDED** for further proceedings consistent with Magistrate Judge Bissoon's Report and Recommendation.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. No. 18) is adopted as the Opinion of the Court.

The Clerk of Court shall mark this case **CLOSED**.

s/ Arthur J. Schwab  
Arthur J. Schwab  
United States District Judge

cc:    Magistrate Judge Bissoon  
       All Registered ECF Counsel and Parties